FILED

2026 Apr-03  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **STEPHEN DEWAYNE BREWER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 5:25-cv-819-LCB-GMB** |
| | ) | |
| **SHERRI BROWN,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On December 2, 2025, U.S. Magistrate Judge Gray M. Borden issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court dismiss Brewer's claims without prejudice. (Doc. 11). Brewer has objected to the report. (Doc. 16).

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review *de novo* those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Any portions of a Magistrate Judge's report that are unchallenged are reviewed for clear error. *Haywood v. Green*, 695 F.Supp.3d 1315, 1318 (N.D. Ala. Sept. 27, 2023). In its review, the district court may "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed *de novo* the proposed findings and recommendations, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 11) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The Court therefore **OVERRULES** Brewer's objections (Doc. 16) and **DISMISSES** his claims **without prejudice**.

The Clerk is **DIRECTED** close this case.

**DONE** and **ORDERED** this April 3, 2026.

_____

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE